BC JC

FILED
7/25/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| **FARAG**<br><br>Plaintiff,<br><br>v.<br><br>**Biden,** et al.,<br><br>Defendants. | Civil Case No<br><br>**1:24-cv-02728**<br><br>Judge: H. JEREMY C. DANIEL<br><br>Magistrate Judge: H. JEANNICE W. APPENTENG |
|---|---|

### STATUS REPORT OF THE SERVICE TO EACH DEFENDANT

Plaintiff Tarek Farag (hereinafter Farag) states the following under oath:

**1-** On 4/17/2024, Farag sent, by registered mail, a copy of the complaint and a "Notice of a Lawsuit and Request to Waive Service of a Summons" to each defendant, pursuant to Fed. R. Civ. P. 4.d. A sample of the waiver request sent to CNBC is attached as [Exh A3], in which Farag used the Court's recommended form and modified it to <u>return the signed copy by email</u>.

**2-** The following table shows the served defendants and the time given to return the waivers:

| **Defendant's Name** | Days to Return | **Tracking number**<br>**Date, Delivery Time** |
|---|---|---|
| Joseph Biden, The White House 1600 Pennsylvania Avenue NW Washington, DC 20500 | 60 | 70223330000111209873<br>4/30/24 3:30 |
| Alejandro Mayorkas, 1600 Pennsylvania Avenue NW, Washington, DC 20500 | 60 | 70223330000111209880<br>4/30/24 3:30 |
| Merrick Garland, US Attorney General, 950 Pennsylvania Ave., NW, Washington, D.C. 20530 | 60 | 70223330000111209897<br>4/25/24 5:05 |
| Michael Regan, EPA, Office of the Administrator, Mail Code 1101A, 1200 Pennsylvania Avenue, N.W., Washington, DC 20460 | 60 | 70223330000111209903<br>4/24/24 7:49 |
| Kwame Raoul, Illinois Attorney General, Chicago West 306 N. Pulaski Rd. Chicago, IL 60624-1810 | 30 | 70223330000111209910<br>USPS stopped 4/22/2024 |
| Illinois Governor J.B. Pritzker, https://gov.illinois.gov › Contact Us, 401 S. Spring St., Springfield, IL 62704 | 30 | 70223330000111209927<br>4/22/2024 at 10:15 |
| Senator Dick Durbin of Illinois, 230 S. Dearborn Street, Suite 3892, Chicago, IL 60604 | 30 | 70223330000111209934<br>4/19/2024, 9:15 am |
| Senator Tammy Duckworth, 230 South Dearborn Street, Suite 3900. Chicago, IL 60604 | 30 | 70223330000111209941<br>4/19/24, 12:31 pm |

| | | |
|---|---|---|
| Congressman Sean Casten, 2440 Rayburn House Office Building, Washington DC 20515-1306, | 30 | 70223330000111209958 4/24/24 6:39 |
| MSNBC President/CEO (newslegalnotices@nbcuni.com) 30 Rockefeller Plaza, New York, NY 10112 | 60 | 70223330000111209965 Refused 4/23/24 at 15:26 |
| CNN President/CEO, CNN Headquarters 1 CNN Center Atlanta, GA 30303 | 60 | 70223330000111209972 4/22/24 at 9:11 |
| CBS President/CEO, 524 West 57th St. New York, NY 10019 | 60 | 70223330000111209989 Returned 6/17/2024 |
| CNBC President/CEO, 900 Sylvan Avenue Englewood Cliffs, New Jersey 07632, | 60 | 70223330000111209996 Refused 4/24/24 15:36 |
| NPR National Public Radio President/CEO, 1111 North Capitol Street, NE, Washington, DC 20002, | 60 | 70223330000111210008 USPS stopped 4/26/2024 |
| Washington Post President/CEO, The Washington Post, 1301 K Street NW, Washington D.C. 20071 | 60 | 70223330000111210503 USPS stopped 4/25/2024 |
| NY Times President/CEO, 620 Eighth Avenue Manhattan, New York 10018 | 60 | 70223330000111210657 4/22/24 at 3:30 |
| Facebook Headquarters 1 Hacker Way Menlo Park, CA 94025 | 60 | 70223330000111210671 USPS stopped 4/25/2024 |

**3-** Farag was supposed to serve summons to the defendants that failed to return the signed waiver within the given days. However, since Rule 4.d.1 makes it the defendants' duty (especially government officials) "*to avoid unnecessary expenses of serving the summons*", and Rule 4.d.2 imposes sanctions for failure, "*without good cause, to sign and return a waiver*", he assumed that something went wrong with returning the waivers and decided to wait until the end of the 90 days (7/17/2024) for the defendants to file their answers before taking any costly action.

**4-** While Rule 4.d.1.G allows the dispatch of the waivers through first-class mail, Farag chose the more costly and reliable registered mail. The Postal Service (USPS) stopped the delivery of the registered mail to the following defendants without any acceptable reason: Kwame Raoul (Illinois Attorney General), NPR National Public Radio, Washington Post, and Facebook. USPS returned the letter for CBS late on 6/17/2024 (Farag has a doubt that they didn't try to deliver it). Farag believes that the stopping of the delivery of the registered mail is an obstruction of justice.

**5-** Up until 7/18/2024, after the expiration of the 90 days, none of the defendants responded to the "Request to Waive Service of a Summons", or file an answer to the complaint, indicating their

intentions to increase the cost and delay the proceedings.

**6-** The failure of all the served defendants to respond, and the USPS stopping the delivery of the registered mail without any reason, assert the existence of the defendants' conspiracy.

**7-** WHEREFORE, Plaintiff Tarek Farag, respectfully requests that this Honorable Court Order the following:

**a)** Allow Farag a reasonable time to prepare the summons and serve the defendants;

**b)** Allow Farag to replace the paper copy of the complaint with free electronic copy posted on the internet (https://1drv.ms/b/s!Av8-P2KLIehehCmNAF5uDCucD_pF?e=qFlfjM), and also available by email from (tarekfaragusa@hotmail.com) ; and

**c)** Take any additional actions this Honorable Court sees as proper and just.

Respectfully submitted this 25th day of July 2024.

*[signature]*

Plaintiff: TAREK FARAG, pro se.
411 N WARWICK AVE, WESTMONT, IL 60559
Phone: 630 709 3965
Email: tarekfaragusa@hotmail.com

CERTIFICATE OF SERVICE

I Tarek Farag, pro se, certify that I didn't serve the defendants with the foregoing Status Report. It is my understanding that all the parties should have prepared this report together and files and served it. However, no defendant filed anything, none of them was served with the Court order requesting this report, and anyone can have access to the case docket using PACER and Farag's email, hence, there is no need to serve the defendants. In case that Farag is required to do the service, he will immediately do it.

Respectfully submitted,

*[signature]*

TAREK FARAG, pro se.
411 N WARWICK AVE, WESTMONT, IL 60559
Phone: 630 709 3965
Email: tarekfaragusa@hotmail.com

## **VERIFICATION BY CERTIFICATION**

Under penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

*[signature]*

Plaintiff: TAREK FARAG, pro se.
411 N WARWICK AVE, WESTMONT, IL 60559
Phone: 630 709 3965
Email: tarekfaragusa@hotmail.com

Executed on 7/25/2024.

**Exh A3**

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

## UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| FARAG <br> *Plaintiff* <br> v. <br> BIDEN, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:24-cv-02728 <br> ) <br> ) |

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: __CNBC President/CEO__
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __60__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. ~~Two~~ Two copies of the waiver form are enclosed, ~~along with a stamped, self-addressed envelope~~ ↳ Email or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __04/17/2024__

*Signature of the attorney or unrepresented party*

TAREK FARAG, pro se
*Printed name*

411 N WARWICK AVE
WESTMONT, IL 60559
*Address*

tarekfaragusa@hotmail.com
*E-mail address*

630 709 3965
*Telephone number*