# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TAREK FARAG

CASE NUMBER: 1:24-cv-02728

V.

ASSIGNED JUDGE: JEREMY C. DANIEL

JOE BIDEN, ET AL

DESIGNATED
MAGISTRATE JUDGE: JEANNICE W. APPENTENG

TO: (Name and address of Defendant)

CNBC
CNBC LLC
Agent: C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814, CHICAGO, IL 60604-1101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

TAREK FARAG
411 N WARWICK AVE
WESTMONT, IL 60559
630 709 3965

(Email: tarekfaragusa@hotmail.com to get an electronic copy of the complaint)

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Victoria DioGuardi* (signature)

September 24, 2024

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9/26/24 at 8:44 AM |
| NAME OF SERVER *(PRINT)* USPS | TITLE USPS EMPLOYEE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): CERTIFIED MAIL, TRACKING # 9500112243914268610394

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/1/2024
　　　　　　*Date*

Signature of Server: // TAREK FARAG //

Address of Server: 411 N WARWICK AVE, WESTMONT, IL 60559

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED
10/1/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT