


BC  MEN
FILED
10/9/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| **TAREK FARAG** <br> Plaintiff, <br> v. <br> **Joseph Biden, et al** <br> Defendants. | Civil Case No <br> **1:24-cv-02728** <br> Judge: Honorable **JEREMY C. DANIEL** <br> Magistrate Judge: Honorable **JEANNICE W. APPENTENG** |
|---|---|

### MOTION TO DECLARE THAT THE CLAIMS THAT "BURNING FOSSIL FUEL IS CAUSING GLOBAL WARMING" IS A HOAX, AND TO ENJOIN THE DEFENDANTS ROM ENFORCING IT

Plaintiff Tarek Farag (hereinafter Farag) states the following **UNDER OATH**:

**1-** 28 U.S. Code § 2201(a) states "In a case of actual controversy within its jurisdiction, - - - , any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought". **The Court may order a speedy hearing of a declaratory-judgment action**.

**2-** A plaintiff seeking declaratory relief must show that there is an actual controversy, which means there is a connection between the challenged conduct and injury, and redressability that the court could order. Due to enforcing and promoting the claims that "**burning fossil fuel is causing global warming**" (hereinafter the **Hoax**), Farag already suffered and is suffering financial losses and reduction to his standard of living. Examples of the losses include, but not limited to the following. The price of one Therm of natural gas around January 2018 was **$0.0485**, and around February 2024 was **$0.2134**, an increase of 440%. This means that the $200 cost to heat his house for one month will jump to **$880**! This forced Farag to set his thermostat at less than 50 ºF, just to avoid the freezing of water pipes, reducing his standard of living. Farag

1

paid additional **$16** for the Hoax in his electric bill of February 2024, not adding the price increase of the electricity itself. The price of gasoline increased from less than $2 per Gallon to $3 to $5 per Gallon, which resulted in increases in: insurance, car prices, car maintenance, food, medicine, etc. Farag had to limit driving his car and was almost imprisoned in his home. The total direct financial losses to Farag is about **$6000 per year.** Additionally, our Federal Government is wasting **$45,200,000 per day** on the Hoax, in addition to the States' waste, **that money should have been used to improve our lives**.

**3-** The theory that CO2 traps (absorbs) most of the IR (Infra-Red, black body radiation) energy emitted from the earth's surface is flawed. The earth emits a wide spectrum of IR most of its energy is in the 3 to 100 micrometer range. CO2 has limited absorption bands at (2, 2.7, 4.3, and 15 µm), at these bands about 8% of the IR is available, while water vapor absorbs 30 times the IR energy as CO2 [https://nov79.com/gbwm/ntyg.html],

The general equation for radiation absorption is:

(The intensity of radiation at distance L $W/m^2$) =
  (The intensity of radiation at distance 0 $W/m^2$) x $(2.718)^{(- \text{absorption coefficient} \times L)}$ ... $W/m^2$

For example, the band at 15 µm, CO2 fully absorbs the IR in about **10 m**. Hence, doubling CO2 would fully absorb IR in about **5 m**. Here "fully absorb" means that all the energy available are absorbed and **not increase the total energy radiated from the Earth's surface**. Additionally, the current CO2 concentration is about 400 ppm (1/2500), in order for one molecule of CO2 to increase the temperature of the surrounding air **1 ºC,** requires the temperature of CO2 to increase about **2500 ºC, which is impossible**!!

**4-** Paragraph 3 above is enough to prove that the Hoax is a hoax. However, since the IPCC (Intergovernmental Panel on Climate Change), and NASA are the main sources of this Hoax, we need to examine their claims. On page 935 of IPCC's "Earth's Energy Budget, Climate

Feedbacks and Climate Sensitivity" stated "*As a result, there is a radiative imbalance at the TOA (Top Of Atmosphere) in the clear-sky energy budget, suggesting that the Earth would warm substantially if there were no clouds*". Which reveals that increasing greenhouse gases will reduce Sun's energy reaching the Earth's surface, **causing global cooling**, in direct **contravention** of its own stated **global warming** theory.

**5-** On page 1022, IPCC stated "*Scientists have made significant progress over the past decade and are now **more confident** that changes in clouds will amplify, rather than offset, global warming in the future*". There is no basis for their statement of "more confident" since it did not specify the magnitude or the direction of their predicted changes, and in science there are always doubts and numbers.

**6-** IPCC is showing two diagrams in page 934 that represent scientific errors:

1) The Earth's surface in "All Sky" receives **160** W/m$^2$ of the Sun's energy while emitting **398** W/m$^2$ (not adding evaporation and sensible heat), which is more than the **160** W/m2 at the Earth's surface and the **340** W/m$^2$ at TOA. **This is not logically or scientifically possible**.

2) The Earth's atmosphere absorbs a total of **399** W/m$^2$ (80 in atmosphere +160 at surface + (398 reflected – 239 escaping) = 399), which means that the Earth is dangerously heating with energy **more than the incoming Sun's energy**, which is **not logically or scientifically possible**.

3) Having this fraudulent information for many years without correction or explanation is wrong.

4) The people that trusted these reports and used their data without confirming its veracity and physical basis were mislead to wrong conclusions and actions.

**7-** The IPCC technical reports are in reality twisted political reports, prepared specifically for ignorant politicians not scientists. For example, they stated in "The Earth's Energy Budget, - - ":

3

[https://www.ipcc.ch/report/ar6/wg1/downloads/report/IPCC_AR6_WGI_Chapter07.pdf]:

> "However, the overall **precision** of these fluxes (uncertainty in global mean TOA flux of 1.7% (1.7 W/m$^2$) for reflected solar and 1.3% (3.0 W/m$^2$) for outgoing thermal radiation at the 90% confidence level) is **not sufficient to quantify** the Earth's energy imbalance in absolute terms. Therefore, the CERES EBAF reflected solar and emitted thermal TOA fluxes **were adjusted**, within the estimated uncertainties, to **ensure** that the net TOA flux for **July 2005 to June 2015 was consistent** with the **estimated** Earth's energy imbalance for the **same period** based on ocean heat content (OHC) measurements and energy uptake estimates for the land, cryosphere and atmosphere - -, this is not necessarily an **indication of model accuracy**, especially as ESMs show significant **discrepancies** on regional scales, often related to their representation of clouds".

This shows that when doing the measurements at higher precision, the results didn't validate their models, then they adjusted (**fabricated**) the measurements to prove their theory.

**8-** The same misrepresentation, twisting of facts, fabrication, and other problems done by IPCC, were done by NASA in CERES_EBAF_Ed2.8 Data Quality Summary (**March 19, 2014**)

[https://ceres.larc.nasa.gov/documents/DQ_summaries/CERES_EBAF_Ed2.8_DQS.pdf]:

> "**Despite recent improvements** in satellite instrument calibration and the algorithms used to determine SW and LW outgoing top-of-atmosphere (TOA) radiative fluxes, a sizeable imbalance persists in the average global net radiation at the TOA from CERES satellite observations. With the most recent CERES Edition3 Instrument calibration improvements, the SYN1deg_Edition3net imbalance is **~3.4 W m-2,** much larger than the expected observed ocean heating rate **~0.58 W m-2** (Loeb et al. 2012a). This **imbalance is problematic** in applications that use Earth Radiation
>
> Budget (ERB) data for **climate model evaluation**, estimations of the Earth's annual global mean energy budget, and studies that infer meridional heat transports. The CERES Energy Balanced and Filled (EBAF) **dataset uses an OBJECTIVE constrainment algorithm to adjust SW and LW TOA fluxes within their ranges of uncertainty to remove the inconsistency between average global net TOA flux and heat storage in the Earth-atmosphere system**".

**9-** The two distinguished Princeton professors, Richard Lindzen, Prof. of Earth Science, and William Happer, Prof. of Physics, **testified before Congress** around **April 2022**, showing that there is no scientific basis for climate-related risk caused by fossil fuels and CO2, and there is no climate emergency. No other scientist **DARED**, or **CARED**, to come forward to dispute their

4

findings. These findings **LEAVE no excuse for any one, especially the officials, to claim that the Hoax is not a hoax**. https://www.sec.gov/comments/s7-10-22/s71022-20132171-302668.pdf

**10-** Enjoining the government from wasting our money on the Hoax will not cause any losses to it, to the defendants, or anyone, but it will save huge amounts of the wastes.

**11-** WHEREFORE, Plaintiff Tarek Farag, respectfully requests that this Honorable Court:

Order the following:

1) Declare that the Man-Made-Global-Warming due to burning fossil fuel has no scientific basis and is a destructive Hoax;
2) Invalidate all the laws, administrative orders, regulations, subsidiaries, etc. to combat man made global warming;
3) Enjoin the government from enforcing all the actions to combat global warming; and
4) Take any additional actions this Honorable Court sees as proper and just.

Respectfully submitted October 9, 2024.

Plaintiff: TAREK FARAG, pro se.
411 N Warwick Ave, Westmont, IL 60559
Phone: 630 709 3965
Email: tarekfaragusa@hotmail.com

### VERIFICATION BY CERTIFICATION

Under penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Executed on October 9, 2024.

Plaintiff: TAREK FARAG, pro se.
411 N Warwick Ave, WestmonT, IL 60559
Phone: 630 709 3965
Email: tarekfaragusa@hotmail.com

5