



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| TAREK FARAG<br><br>Plaintiff,<br><br>v.<br><br>Joseph Biden, et al<br><br>Defendants. | Civil Case No<br><br>**1:24-cv-02728**<br><br>Judge: Honorable **JEREMY C. DANIEL**<br><br>Magistrate Judge: Honorable **JEANNICE W. APPENTENG** |
|---|---|

## NOTICE OF MOTION

To: Every Named Defendant

YOU ARE HEREBY NOTIFIED that on October 22, 2024, at 9:30 AM, or soon thereafter, I shall appear REMOTELY before the Honorable Judge Daniel, or other Judge presiding in his place, in Courtroom No. 1419, in the United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, and then and there present Plaintiff's Motion For Declaratory Relief And Injunction, copies of which are attached and served upon you, at which time and place you may appear as you see fit to do so..

      Respectfully submitted,

Tarek Farag, pro se             Tarek Farag
411 N. Warwick Ave.,
Westmont, IL 60559             Date: October 9, 2024
Phone: 630 709 3965
Email: tarekfaragusa@hotmail.com

## PROOF OF SERVICE

On 10/9/2024, I, Tarek Farag on oath states that I served this notice attached to it the stated document above, by First Class Mail, prepaid, to each named defendant in the attached list.

Executed on October 9, 2024.

            Plaintiff: TAREK FARAG, pro se.
            411 N Warwick Ave, WestmonT, IL 60559
            Phone: 630 709 3965
            Email: tarekfaragusa@hotmail.com

1

**The following is a listing of the served defendants:**

1. **Joe Biden**, 1600 Pennsylvania Avenue, N.W.. Washington, DC 20500
2. **Kamala Harris**, 1600 Pennsylvania Avenue, N.W. Washington, DC 20500
3. **Merrick Garland**, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001
4. **Alejandro Mayorkas**, DHS, 2707 Martin Luther King Jr Ave SE Washington, DC 20528
5. **Michael Regan**,1200 Pennsylvania Avenue NW, Washington, DC 20004
6. **Kwame Raoul**, 115  S Lasalle St, Chicago IL 60603
7. **JB Pritzker**, 401 S. Spring St., Springfield, IL 62704
8. **Dick Durbin**, 525 S 8th St, Springfield, IL 62703
9. **Tammy Duckworth**, 8 S Old State Capitol Plaza, Springfield, IL 62701
10. **Sean Casten**, 800 Roosevelt Road, Building C, Suite 204, Glen Ellyn, IL 60137
11. **MSNBC News**, Agent: S Lasalle St, Suite 814, Chicago, IL 60604-1101
12. **CBS News**, Agent: Adlai Stevenson Drive, Springfield, IL 62703-4261
13. **CNBC News**, Agent: S Lasalle St, Suite 814, Chicago, IL 60604-1101
14. **CNN News**, Agent: S Lasalle St, Suite 814, Chicago, IL 60604-1101
15. **Washington Post**, Agent: S Lasalle St, Suite 814, Chicago, IL 60604-1101
16. **The New York Times**, 620 Eighth Avenue. New York, NY 10018
17. **NPR News**, Agent: Adlai Stevenson Drive, Springfield, IL 62703-4261
18. **Facebook**, Agent: Adlai Stevenson Drive, Springfield, IL 62703-4261
19. **Louis DeJoy, USPS** Postmaster General. 475 L'Enfant Plaza SW Washington DC 20260
20. **Gil Quiniones, ComEd CEO**, Agent: 10 S Dearborn St, Ste 4900, Chicago, IL 60603
21. **Civil-Process Clerk**, USAG, 219 S. Dearborn St, 5th Floor Chicago, IL 60604
22. **United States Attorney General**, 950 Pennsylvania Avenue, NW Washington, DC 20530

### VERIFICATION BY CERTIFICATION

Under penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.
Signed:

Executed on October 9, 2024.

Plaintiff: TAREK FARAG, pro se.
411 N Warwick Ave, WestmonT, IL 60559
630 709 3965